[No. 2335–3. Division Three. March 20, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY NORMAN DESCOTEAUX, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 24722, Philip H. Faris, J., entered January 10, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2282–3. Division Three. March 21, 1978.]

*In the Matter of the Marriage of* PENNY L. ZIEGLER, *Appellant, and* KENNETH G. ZIEGLER, *Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 11568, Ted Kolbaba, J., entered January 31, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.